Affirmed and Memorandum Opinion filed January 27, 2005









Affirmed and Memorandum Opinion filed January 27,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00368-CR

____________

 

ISAAC GANDARA,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 179th District
Court

Harris County, Texas

Trial Court Cause No.
936,143

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a plea of guilty to the offense of
robbery.  On March 29, 2004, the trial
court sentenced appellant to confinement for sixteen years in the Institutional
Division of the Texas Department of Criminal Justice and assessed a fine of
$10,000.  Appellant filed a timely notice
of appeal.








Appellant=s appointed counsel filed a brief in which he concludes the
appeal is wholly frivolous and without merit. 
The brief meets the requirements of Anders v. California, 386
U.S. 738, 87 S.Ct. 1396 (1967), presenting a professional evaluation of the
record demonstrating why there are no arguable grounds to be advanced.  See High v. State, 573 S.W.2d 807
(Tex. Crim. App. 1978).

A copy of counsel=s brief was delivered to
appellant.  Appellant was advised of the
right to examine the appellate record and file a pro se response.  See Stafford v. State, 813 S.W.2d 503,
510 (Tex. Crim. App. 1991).  As of this
date, no pro se response has been filed.

We have carefully reviewed the record and counsel=s brief and agree the appeal is
wholly frivolous and without merit. 
Further, we find no reversible error in the record.  A discussion of the brief would add nothing
to the jurisprudence of the state.

Accordingly, the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed January 27, 2005.

Panel consists of Justices
Anderson, Hudson, and Frost. 

Do Not Publish C Tex. R. App. P. 47.2(b).